SAILING W. BARUCH and Another v. EMMA HEYMAN, Also Known as EMMA

TYROLER.— Motion granted. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.